IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 23- 498M |
| VIRGIL MOSES CAMPBELL, JR., | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Samuel S. Frey, Assistant United States Attorney for the District, and moves for the pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3143(a)(1). In support of the Motion, the United States alleges the following:

The United States requests the temporary detention until the Defendant can be transferred to the Federal District with jurisdiction to impose sentence on the alleged Violation of Supervised Release, pursuant to 18 U.S.C. § 3143(a)(1). *See*, Fed. R. Crim. Pro. R. 32.1(a)(6).

DATED this November 21, 2023.

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

BY: *Samuel S. Frey*
SAMUEL S. FREY
Assistant United States Attorney

FILED

NOV 22 2023

U.S. DISTRICT COURT DISTRICT OF DELAWARE